```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 27999
   ANA S CORDOVA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3382


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/22/04 and confirmed on 02/28/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  31207.94 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| NPS | SECURED | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED | 14738.47 | 1200.63 | 14738.47 |
| WORLD FINANCIAL NETWORK | UNSECURED | 2282.16 | .00 | 915.15 |
| ASSOCIATES FINANCIAL INC | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED BANK | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3423.27 | .00 | 1372.74 |
| BETA FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 955.47 | .00 | 383.15 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK N A | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| BENEFICIAL HFC | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8775.85 | .00 | 3519.14 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9923.05 | .00 | 3979.17 |

```
ROUNDUP FUNDING LLC          UNSECURED       NOT FILED            .00           .00
RETAILERS NATL BANK          UNSECURED       NOT FILED            .00           .00
SAMS                         UNSECURED       NOT FILED            .00           .00
SAMS                         UNSECURED       NOT FILED            .00           .00
SEARS BKRUPTCY RCVRY MGM     UNSECURED       NOT FILED            .00           .00
ROUNDUP FUNDING LLC          UNSECURED         3173.84            .00       1272.72
TOYOTA MOTOR CREDIT CORP     UNSECURED       NOT FILED            .00           .00
VALUE CITY                   UNSECURED       NOT FILED            .00           .00
VERIZON WIRELESS             UNSECURED       NOT FILED            .00           .00
VICTORIAS SECRET             UNSECURED       NOT FILED            .00           .00
WORLD FINANCIAL NETWORK      UNSECURED          126.95            .00         50.91
LAWRENCE FRIEDMAN            UNSECURED       NOT FILED            .00           .00
CHASE HOME FINANCE           MORTGAGE ARRE     150.00             .00        150.00
```

Summary of disbursements:

```
                   SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 14888.47         .00    28660.59          .00     43549.06
PRINCIPAL PAID     14888.47         .00    11492.98          .00     26381.45
INTEREST PAID       1200.63         .00         .00          .00      1200.63
TOTAL PAID         16089.10         .00    11492.98          .00     27582.08
```

The Debtor's attorney, ROBERT J ADAMS & ASSOC          , was allowed $   2200.00
and was paid $     84.00  direct and $   2116.00  through the plan.

The Trustee received $   1261.92 .

Refunds to the Debtor totaled $    247.94 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 05/28/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 04 B 27999 ANA S CORDOVA